IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLER SEED COMPANY, a Nebraska Partnership;<br><br>    Plaintiff,<br><br>  vs.<br><br>BRUNSWICK CORPORATION, a Delaware Corporation;<br><br>    Defendant. | **4:16CV3113**<br><br>**ORDER** |

IT IS ORDERED: A telephonic conference with the undersigned magistrate judge will be held on April 18, 2017 at 11:00 a.m. to discuss the status of finalizing the parties' settlement. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 14), to participate in the call.

 April 8, 2017.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge