IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MILLER SEED COMPANY, a Nebraska Partnership, | 4:16-CV-3113 |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| BRUNSWICK CORPORATION, a Delaware Corporation, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation for Dismissal (filing 30), this matter is dismissed with prejudice, each party to pay its own costs and attorney's fees.

Dated this 1st day of June, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge